IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD P. HARRIS,

    Plaintiff,

v.

MICHEAL DELUCA,

    Defendant.

ORDER

Case No. 25-cv-853-wmc

---

On October 17, 2025, plaintiff Richard P. Harris filed a proposed civil complaint. That same day, the court ordered him to pay the civil filing fee or file a motion for leave to proceed *in forma pauperis* by November 10, 2025. *See* dkt. 2. Plaintiff did neither, so this case was dismissed without prejudice on November 20, 2025. Now plaintiff has filed a motion for leave to proceed without prepaying the fee, dkt. 7, but plaintiff still has not submitted a trust fund account statement, or its equivalent from the Monroe County Jail, where plaintiff is an inmate, for the six-month period preceding the filing of the complaint. Without it, I cannot determine whether plaintiff owes any portion of the filing fee under the *in forma pauperis* statute, 28 U.S.C. § 1915(b)(1).

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than January 20, 2026. If plaintiff does so, this case will be reopened. If I find that plaintiff is indigent, then I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen his complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in monthly installments.

ORDER

IT IS ORDERED that plaintiff Richard P. Harris may have until January 20, 2026, to submit a certified inmate trust fund account statement showing deposits and withdrawals for the period beginning approximately April 17, 2025, and ending October 17. 2025.  If plaintiff does so, then I will evaluate his motion for leave to proceed without prepaying the filing fee. If plaintiff fails to do so, then this case will remain closed.

Entered this 22nd day of December, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge