IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD P. HARRIS,

    Plaintiff,

v.

MICHEAL DELUCA,

    Defendant.

ORDER

Case No. 25-cv-853-wmc

This case was closed because the court did not receive the $405 filing fee or a motion to proceed without prepayment of the filing fee and certified copy of plaintiff's trust fund account statement for the six-month period preceding the filing of the complaint. Plaintiff has now submitted a motion to proceed without prepayment of the filing fee and account statement, and the court concludes that plaintiff does qualify for indigent status.

Even when an inmate qualifies for indigent status, an initial partial payment of the filing fee must be paid as determined by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information from plaintiff's trust fund account statement, I have calculated the initial partial payment to be $2.10. For this case to proceed, plaintiff must submit $2.10 on or before February 6, 2026.

If plaintiff does not have enough money to make the initial partial payment from a regular inmate trust account, then plaintiff should arrange with prison authorities to pay the remainder of the initial partial payment from plaintiff's release account.

ORDER

IT IS ORDERED that plaintiff Richard P. Harris may have until February 6, 2026 to submit a check or money order payable to the clerk of court in the amount of $2.10 as the initial partial payment in this case. If plaintiff complies with this deadline, then the case will be reopened and screened on the merits pursuant to 28 U.S.C. § 1915(e)(2). Otherwise, the case will remain closed.

Entered this 9th day of January, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge